UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY INSURANCE FUND and ) Index No.: 20-CIV-00191 (CS)
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
FINISHING TRADES INSTITUTE and TRUSTEES )
OF THE INTERNATIONAL UNION OF PAINTERS )
AND ALLIED TRADES NATIONAL PENSION FUND )
and THE DISTRICT COUNCIL NO. 9 INTERNATIONAL )
UNION OF PAINTERS AND ALLIED TRADES, )
                                   )
                        Plaintiffs, ) DEFAULT JUDGMENT
         -against-                  )
                                   )
MAIA MP CONSTRUCTION, INC. A/K/A MAIA MP )
CONSTRUCTIONS, INC.,                )
                                   )
                        Defendant.  )
                                   )

---

This action having been commenced on January 10, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, MAIA MP CONSTRUCTION, INC. A/K/A MAIA MP CONSTRUCTIONS, INC., on January 13, 2020 via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on January 15, 2020 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of Two Thousand Three Hundred Fifteen Dollars ($2,821.00), which includes the following: attorneys' fees in the sum of $2,350.00 and court costs and disbursements of this action in the sum of $471.00.

ORDERED, that the Defendant permit and cooperate in the conduct of an audit of all of its books and records including, but not limited to, all payroll journals, business income tax returns, general ledger and journal, books of original entry, subsidiary ledgers, payroll records, bank statements, and cancelled checks, W-2 and W-3 forms, 940, 941, WT4-A and WT4-B forms, 1099 forms, New York State employment report, insurance reports, disability insurance reports, Workers Compensation report forms and remittance reports for the period covered under the Agreement and directing that the Court retain jurisdiction for the limited purpose of permitting Plaintiffs to amend the judgment should the Defendant comply with the audit to include the additional amounts determined by the audit to be due and owing, together with the interest, liquidated damages, auditors' fees and attorneys' fees.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
March 23, 2020

So Ordered:

_____
Honorable Cathy Seibel, U.S.D.J.